# James *v.* Vickers, *et al.*

*Motion to Retax Costs.*

(Decided April 17th, 1906. 40 So. Rep. 657.)

1. *Costs; Taxation; Remedy for Erroneous Taxation; Motion.*— Before relief can be had on a motion to retax costs, under § 1344 of Code, it must appear that the costs complained of have been taxed against the movant.

2. *Same.*—It is not enough that a judgment was rendered for costs. It should further appear that the costs complained of had been improperly taxed.

APPEAL from Jackson Circuit Court.

Heard before HON. A. H. ALSTON.

Motion by Charles L. James, administrator, against Lem Vickers and others, under Code 1896, § 1344, for retaxation of costs. From a judgment denying the motion, movant appeals.

J. B. TALLEY, and J. L. HACKWORTH, for appellant.

J. E. BROWN, and PAUL WRIGHT, for appellee.

[ware v. Burch, et al.]

ANDERSON, J.—This appeal is prosecuted from the action of the trial judge in refusing a motion to retax costs, made under section 1344 of the Code of 1896. This section is intended to afford relief to parties against whom a clerk or other ministerial officers have improperly taxed cost, and before relief can be had thereunder it should appear that the costs complained of had been taxed against the movant.—*Tecumseh Iron Co. v. Mangum*, 67 Ala. 246. There is nothing in this record to show that the costs complained of had even been taxed against the movant, except an averment in the motion which was not supported by proof. It is not enough that a judgment was rendered for the costs, but it should further appear that the costs complained of had been improperly taxed.

The record failing to show affirmatively any reversible error, the judgment of the circuit court is affirmed.

WEAKLEY, C. J., and TYSON and SIMPSON, JJ., concur.